IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA M. GUENTHER, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JESUS ENRIQUE JUAREZ EDUARDO, an individual, and GE VERNOVA INTERNATIONAL, LLC, a limited liability company,<br><br>　　　　　Defendants. | 4:25-CV-3170<br><br>ORDER |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. §§ 455(a) & (b), which set forth the circumstances in which a judge of the United States shall disqualify himself from a proceeding. Circumstances have recently arisen that could implicate the circumstances described in § 455(a), requiring my recusal.

IT IS ORDERED that I recuse myself from this case and that the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 18th day of December, 2025.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge